# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ALABAMA

In Re:     *

**Alma Louise Minchew,**     *    Case No. **21-10094 JCO**

Debtor.     *    Chapter 13

## MOTION TO SELL REAL PROPERTY

COMES NOW the Debtor in the above styled case, by and through the undersigned counsel and moves this Court to allow Debtor to real property. As grounds:

1. The Debtor filed this Chapter 13 case on January 16, 2021.

2. The Debtor wishes to sell her homeplace located at 10164 Jim Tom Circle South, Wilmer, AL 36587.

3. The proposed sale information is as follows:

   | | |
   |---|---|
   | Selling To: | Haydon Eiland (Unrelated buyer) |
   | Selling Price: | $160,000.00 |
   | Mortgage Payoff: | $81,151.88 |
   | Realtor commissions: | $12,530.00 |
   | Closing costs: | To be provided |
   | Net proceeds: | To be provided |

4. Debtor proposes the Court approve the sale, payment of all outstanding mortgages/liens on the property, including full payment of the mortgage held by U.S. Bank National Association not in its individual capacity but solely as Legal Title Trustee for RMPT Trust, Series 2021 BKM-TT-V c/o Rushmore Loan Management Services, payment of the realtor fees and commissions and payment of any customary and usual closing costs.

5. Debtor proposes that the net proceeds in excess of her homestead exemption be first used to pay off the Chapter 13 plan at 100% to unsecured creditors and then any remaining proceeds be released to the Debtor.

6. Counsel for Debtor requests an additional attorney fee of $500.00 pursuant to A.O. 2020-12 for substantial legal work associated with the sale of the property.

Wherefore, Debtor requests that this Honorable Court allow the Debtor to sell the real property as proposed.

Dated: 8/5/2022                      /S/<u>Lacy S. Robertson</u>
                                                     Lacy S. Robertson
                                                     Padgett & Robertson
                                                     4317 Downtowner Loop North
                                                     Mobile, AL 36609
                                                     (251) 342-0264

# CERTIFICATE OF SERVICE

I do hereby certify that on this the ___5th___ day of ___August___, 2022, I have served a copy of the foregoing pleading by either electronic service or by mailing same by and United States Mail properly addressed and postage prepaid to the parties listed below as follows:

Daniel B. O'Brien (via Electronic Service)
Chapter 13 Trustee

Alma Louise Minchew
10164 Jim Tom Circle South
Wilmer, AL 36587

Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Amanda Beckett, Esq.
Rubin Lublin, LLC
200 Clinton Avenue W, Ste, 406
Huntsville, AL 35801


                                                    /S/     Lacy S. Robertson
                                                                   Lacy S. Robertson